UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 23-16240 |
| Raymond Raletz | Chapter: 13 |
| | Judge: ABA |

## NOTICE OF PROPOSED PRIVATE SALE

_____Raymond Raletz_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court Clerk
400 Cooper Street
4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr_____ on _____September 5, 2023_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4b__, 400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 606 S. Burnt Mill Road, Voorhees, NJ 08043

Proposed Purchaser: CSA, IV, LLC

Sale price: $125,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Mark Scarpa, Jr.
Amount to be paid: 6% of gross sale
Services rendered: Seller and buyer real-estate agent.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Lee Chambers, Esq

Address: 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012

Telephone No.: 856-302-1778

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                                Case No. 23-16240-ABA
Raymond Raletz                                                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                              Page 1 of 2
Date Rcvd: Aug 08, 2023                       Form ID: pdf905                      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond Raletz, 27 Windemere Drive, Sicklerville, NJ 08081-3025 |
| 519977498 | + | CHRISTIANA TRUST, C/O PELLEGRINO & FIELDSTEIN, 290 ROUTE 46 WEST, Denville, NJ 07834-1239 |
| 519977500 | + | DEMBO, BROWN, & BURNS, LLP, 1300 ROUTE 73, SUITE 205, Mount Laurel, NJ 08054-2200 |
| 519977504 | + | PELLEGRINO & FELDSTEIN, LLC, 290 ROUTE 46 WEST, Denville, NJ 07834-1239 |
| 519977511 | + | SUSAN RALETZ, 27 WINDEMERE DRIVE, Sicklerville, NJ 08081-3025 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 01:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 01:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519977496 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2023 01:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519977499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2023 21:53:18 | CITI, PO BOX 6217, Sioux Falls, SD 57117-6217 |
| 519982510 | | Email/Text: mrdiscen@discover.com | Aug 09 2023 01:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519977501 | + | Email/Text: mrdiscen@discover.com | Aug 09 2023 01:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519977502 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2023 01:21:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 519977497 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2023 21:53:22 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519977503 | | Email/Text: camanagement@mtb.com | Aug 09 2023 01:21:00 | M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |
| 519977505 | | Email/Text: signed.order@pfwattorneys.com | Aug 09 2023 01:20:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519977506 | | Email/Text: signed.order@pfwattorneys.com | Aug 09 2023 01:20:00 | pressler, felt, & warshaw, llp, 7 entin road, Parsippany, NJ 07054 |
| 519977507 | + | Email/Text: signed.order@pfwattorneys.com | Aug 09 2023 01:20:00 | PRESSLER, FLET, & WARSHAW, 7 ENTIN ROAD, Parsippany, NJ 07054-5020 |
| 519977508 | + | Email/Text: clientservices@remexinc.com | Aug 09 2023 01:20:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519977509 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2023 21:52:05 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| | | | | |
|---|---|---|---|---|
| 519977510 | ^ | MEBN | Aug 08 2023 20:32:23 | South Jersey Radiology, C/O Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 519977512 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2023 21:52:11 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519977513 | | Email/Text: bankruptcy@td.com | Aug 09 2023 01:21:00 | TD BANK, N.A., 32 CHESTNUT STREET, Lewiston, ME 04240 |
| 519977514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2023 21:53:39 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519977515 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 09 2023 01:20:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 519977516 | | Email/Text: jdukelow@voorheesnj.com | Aug 09 2023 01:21:00 | Voorhees Township, 2400 Voorhees Town Center, C/O taxing authority, Voorhees, NJ 08043 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Raymond Raletz ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4