Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−16240−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Raletz
   aka RAYMOND T RALETZ, aka
   RAYMOND T RALETZ Jr., aka
   RAYMOND T RALETZ Jr.
   27 Windemere Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6662

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

606 S. Burnt Mill Road, Voorhees, NJ 08043.

Dated: August 30, 2023
JAN: lgr

                                                        Jeanne Naughton
                                                        Clerk