UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012
PHONE:  856-302-1778

In Re:

Raymond Raletz

Order Filed on September 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     23-16240

Hearing Date:  September 5, 2023

Chapter:     13

Judge:     ABA

## ORDER AVOIDING JUDICIAL LIENS AS TO
## 606 S. BURNT MILL ROAD, VOORHEES, NEW JERSEY 08043 ONLY

**DATED: September 5, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by LVNV FUNDING, LLC by judgments entered on or about February 13, 2023 in Camden County Special Civil Law Division bearing docket # DC-00917722 and the judgment being docketed as DJ-043749-23 is hereby avoided and declared null and void against 606 S. Burnt Mill Road, Voorhees, NJ 08043, only.

3. The liens affecting any interest of Debtor in property (the "Liens") obtained by Discover Bank by judgments entered on or about February 10, 2023 in Camden County Special Civil Law Division bearing docket # DC-009247-22 and the judgment being docketed as DJ-025627-23 is hereby avoided and declared null and void against 606 S. Burnt Mill Road, Voorhees, NJ 08043, only.

4. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 606 S. Burnt Mill Road, Voorhees, NJ 0804.