|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| LAW OFFICES OF MITCHELL LEE CHAMBERS<br>602 LITTLE GLOUCESTER ROAD<br>SUITE 5<br>BLACKWOOD, NJ 08012<br>PHONE: 856-302-1778 | |

**Order Filed on September 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Raymond Raletz

Case No.: 23-16240

Hearing Date: September 5, 2023

Chapter: 13

Judge: ABA

**ORDER AVOIDING JUDICIAL LIENS AS TO
606 S. BURNT MILL ROAD, VOORHEES, NEW JERSEY 08043 ONLY**

**DATED: September 5, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by LVNV FUNDING, LLC by judgments entered on or about February 13, 2023 in Camden County Special Civil Law Division bearing docket # DC-00917722 and the judgment being docketed as DJ-043749-23 is hereby avoided and declared null and void against 606 S. Burnt Mill Road, Voorhees, NJ 08043, only.

3. The liens affecting any interest of Debtor in property (the "Liens") obtained by Discover Bank by judgments entered on or about February 10, 2023 in Camden County Special Civil Law Division bearing docket # DC-009247-22 and the judgment being docketed as DJ-025627-23 is hereby avoided and declared null and void against 606 S. Burnt Mill Road, Voorhees, NJ 08043, only.

4. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 606 S. Burnt Mill Road, Voorhees, NJ 0804.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16240-ABA |
| Raymond Raletz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond Raletz, 27 Windemere Drive, Sicklerville, NJ 08081-3025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 08, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Raymond Raletz ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4