Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 23−16240−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Raymond Raletz
    aka RAYMOND T RALETZ, aka
    RAYMOND T RALETZ Jr., aka
    RAYMOND T RALETZ Jr.
    27 Windemere Drive
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−6662

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 30, 2023.

Dated: November 30, 2023
JAN: har

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond Raletz  
Debtor

Case No. 23-16240-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 30, 2023      Form ID: plncf13      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond Raletz, 27 Windemere Drive, Sicklerville, NJ 08081-3025 |
| r | #+ | Mark Scarpa, Township Realty, 279 Egg Harbor Rd, Suite A, Sewell, NJ 08080-3149 |
| 519977498 | + | CHRISTIANA TRUST, C/O PELLEGRINO & FIELDSTEIN, 290 ROUTE 46 WEST, Denville, NJ 07834-1239 |
| 519977500 | + | DEMBO, BROWN, & BURNS, LLP, 1300 ROUTE 73, SUITE 205, Mount Laurel, NJ 08054-2200 |
| 519977504 | + | PELLEGRINO & FELDSTEIN, LLC, 290 ROUTE 46 WEST, Denville, NJ 07834-1239 |
| 520030953 | + | SUNRUN, 225 BUSH STREET, STE. 1400, San Francisco, CA 94104-4249 |
| 519977511 | + | SUSAN RALETZ, 27 WINDEMERE DRIVE, Sicklerville, NJ 08081-3025 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519977496 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 30 2023 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520024632 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 30 2023 20:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519977499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:56:49 | CITI, PO BOX 6217, Sioux Falls, SD 57117-6217 |
| 520005974 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:57:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519982510 | | Email/Text: mrdiscen@discover.com | Nov 30 2023 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519977501 | + | Email/Text: mrdiscen@discover.com | Nov 30 2023 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519977502 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2023 20:42:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 519977497 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2023 20:57:03 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519995684 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 30 2023 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519997287 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 21:07:32 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 519977503 | | Email/Text: camanagement@mtb.com | Nov 30 2023 20:42:00 | M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |
| 520006703 | | Email/Text: camanagement@mtb.com | Nov 30 2023 20:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519977505 | | Email/Text: signed.order@pfwattorneys.com | Nov 30 2023 20:41:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519977506 | | Email/Text: signed.order@pfwattorneys.com | Nov 30 2023 20:41:00 | pressler, felt, & warshaw, llp, 7 entin road, Parsippany, NJ 07054 |
| 519977507 | + | Email/Text: signed.order@pfwattorneys.com | Nov 30 2023 20:41:00 | PRESSLER, FLET, & WARSHAW, 7 ENTIN ROAD, Parsippany, NJ 07054-5020 |
| 519977508 | + | Email/Text: clientservices@remexinc.com | Nov 30 2023 20:41:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519977509 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:57:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519977510 | ^ | MEBN | Nov 30 2023 20:39:54 | South Jersey Radiology, C/O Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 519977512 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:22 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520035340 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2023 20:57:23 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519977513 | | Email/Text: bankruptcy@td.com | Nov 30 2023 20:42:00 | TD BANK, N.A., 32 CHESTNUT STREET, Lewiston, ME 04240 |
| 519977514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:57:19 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519977515 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 30 2023 20:41:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 519977516 | | Email/Text: jdukelow@voorheesnj.com | Nov 30 2023 20:42:00 | Voorhees Township, 2400 Voorhees Town Center, C/O taxing authority, Voorhees, NJ 08043 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Raymond Raletz ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4