Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16240 (ABA)

Raymond Raletz  
27 Windemere Drive  
Sicklerville, NJ  08081

Monthly Payment: $1,366.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/02/2023 | $1,085.00 | 09/07/2023 | $1,085.00 | 09/26/2023 | $2,631.05 | 10/02/2023 | $1,372.00 |
| 11/01/2023 | $1,085.00 | 11/27/2023 | $287.00 | 11/29/2023 | $1,372.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAYMOND RALETZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $4,350.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $6,946.05 | $211.21 | $6,734.84 | $211.21 |
| 2 | CHRISTIANA TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITIBANK, N.A. | 33 | $16,339.14 | $496.82 | $15,842.32 | $496.82 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $16,558.98 | $503.50 | $16,055.48 | $503.50 |
| 5 | DEMBO, BROWN, & BURNS, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $7,507.19 | $228.27 | $7,278.92 | $228.27 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $174.96 | $174.96 | $0.00 | $174.96 |
| 8 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PELLEGRINO & FELDSTEIN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PRESSLER, FLET, & WARSHAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK | 33 | $261.00 | $7.94 | $253.06 | $7.94 |
| 12 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $18,947.43 | $576.13 | $18,371.30 | $576.13 |
| 14 | SUSAN RALETZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/PHILLIPS 66 | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRAC/CBCD/CITICORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | VOORHEES TOWNSHIP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PRESSLER, FELT, & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 33 | $410.08 | $12.47 | $397.61 | $12.47 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2023 | 3.00 | $0.00 |
| 11/01/2023 | Paid to Date | $7,258.00 |
| 12/01/2023 | 56.00 | $1,366.00 |
| 08/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,917.05 |
| Total paid to creditors this period: | $6,561.30 |
| Undistributed Funds on Hand: | $1,499.74 |
| Arrearages: | $1,072.95 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**